No. 507. CENTRAL NATIONAL BANK, TRUSTEE, *v.* GENERAL AMERICAN LIFE INSURANCE Co. December 3, 1945.

Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application. *Mr. M. C. Harrison* for petitioner. *Mr. Robert H. Jamison* for respondent.